**Form 172BNC**  (Revised 12/01/2008)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 11–00709–dd                                          Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Steven Amos Gantt
238 Cinnamon Hill Lane
Lexington, SC 29072

SSN: xxx–xx–0697

| Entered By The Court 2/28/11 | **ORDER OF DISMISSAL FOR FAILURE TO FILE TIMELY LISTS, SCHEDULES, STATEMENTS AND OTHER DOCUMENTS** | **Filed By The Court** 2/28/11 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |
|---|---|---|

It appears that notice of possible dismissal of the above captioned case was given pursuant to SC LBR 1017–2 that the following documents:

**Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules A through J, Statement of Financial Affairs, Chapter 13 Statement of Income/Calculation, Statement of Increase Income/Expenses, Copies of Payment of Advices and Chapter 13 Plan**

required by 11 U.S.C. § 521; Fed. R. Bankr. P. 1007, 1019 and/or 3015(b), and the SC LBR of the Court have not been filed by the above named debtor(s) within the time periods set forth therein.

IT IS ORDERED that:

1.   Pursuant to SC LBR 1017–2, this case is dismissed;

2.   The clerk shall close the case;

3.   Any fees due to the Clerk of Court pursuant to 28 U.S.C. §1930 and the appendix thereto, including filing fees, shall be paid within ten (10) days of the entry of this order, unless otherwise ordered by the court;

Columbia, South Carolina
February 28, 2011

United States Bankruptcy Judge

Document 12